[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1394

MAURICE D. YOUNG,

Plaintiff, Appellant,

v.

JOHN HANSEN, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Morton A. Brody, U.S. District Judge] 



Before

Selya, Boudin and Lynch,
Circuit Judges. 



Maurice D. Young on brief pro se. 
William R. Fisher, Ivy L. Frignoca and Monaghan, Leahy, Hochadel 
& Libby on brief for appellees. 



October 24, 1997


Per Curiam. Pro se plaintiff Maurice Young appeals a 

district court judgment that dismissed as frivolous his

second 42 U.S.C. 1983 complaint for damages allegedly

caused by his wrongful arrest and prosecution. See 28 U.S.C. 

1915(e)(2)(B)(i). This court previously affirmed the

district court's dismissal of Young's first 1983 complaint

as frivolous. See Young v. Knox County Deputy, et al., slip 

op. no. 95-1064 (1st Cir. Oct. 17, 1995). Having thoroughly

reviewed the record and the parties' briefs on appeal, we

agree that this case essentially duplicates Young's first

action. Accordingly, the judgment of the district court is

summarily affirmed. See, e.g., McWilliams v. Colorado, 121 

F.2d 573, 574 (10th Cir. 1997); Hudson v. Hedge, 27 F.3d 274, 

276 (7th Cir. 1994); Cooper v. Delo, 997 F.2d 376, 377 (8th 

Cir. 1993); Local Rule 27.1.

-2-